IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JENNIE MARTINEZ, AND ALBERTA WILLERS,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>COUNTY OF ANTELOPE, NEBRASKA,<br><br>　　　　　Defendant. | 4:15CV3064<br><br>ORDER |

The parties' joint motion, (Filing No. 29), is granted, and the progression order (Filing No. 11) is amended as follows:

1) Depositions of fact witnesses shall be completed on or before April 15, 2016.

2) Motions to compel regarding written discovery shall be filed on or before April 1, 2016.

3) The disclosure of Defendant's expert(s), if any, and the production of Defendant's expert report(s) shall occur on or before May 2, 2016, with any rebuttal report(s) from Plaintiff due on or before May 16, 2016.

4) Depositions of all expert witnesses shall be completed on or before June 3, 2016.

5) Any motions to dismiss, motions for summary judgment, and motions to exclude testimony under *Daubert* shall be filed on or before June 17, 2016.

6) The parties shall cooperate as set forth in their motion to timely complete their case preparation and progression toward trial.

7) The trial setting and the deadline for filing any motion to strike Plaintiff's jury demand will be discussed during the telephonic conference with the undersigned magistrate judge previously set to be held on March 22, 2016 at 11:00 a.m.

March 5, 2016.　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge