IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JENNIE MARTINEZ and ALBERTA WILLERS, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF ANTELOPE, NEBRASKA, <br><br> Defendant. | 4:15-CV-3064 <br><br> JUDGMENT |

    On the parties' Joint Stipulation to Dismiss (filing 88), this action is dismissed, with prejudice, each party to pay its own costs and attorney fees.

    Dated this 27th day of September, 2016.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge